■ In the Matter of the Arbitration between CONTINENTAL NUT COMPANY, Appellant, and BANNER CANDY MFG. CORP., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Rabin, Valente and McNally, JJ. [See *post*, p. 907.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN L. DU BARRY, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Botein, Rabin, Valente and McNally, JJ.

## (April 3, 1957)

■ In the Matter of JOSEPH EISENBERG, Respondent. WILLIAM H. ROSS, Appellant.— Motion for reargument granted, the prior decision of this court herein recalled and the order entered thereon on February 26, 1957, vacated, and, upon reargument, the order appealed from is unanimously modified so as to fix the monthly rental at $129.75. Settle order on notice. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ. [See *ante*, p. 699; *post*, p. 828.]

## (April 4, 1957)

■ THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD BOGAN.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD D. BRUNO.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT A. CARBONELL.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JESSE CHISHOLM.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ALONZO CURRY.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES OLIVER.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WALTER PICKNEY.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DAISY PLEDGER.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. PETER RHALL.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JUSTO SUAREZ.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.